UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 21-MJ-00223 |
| | : | |
| v. | : | |
| | : | |
| JAMES ALLEN MELS, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court unseal the docket, arrest warrant, complaint and related papers in the above captioned case. The defendant was arrested on February 11, 2021, and the reasons for sealing the case have been accomplished and there is no longer a need to keep the case sealed. This matter was originally sealed on or about February 10, 2021.

Date: March 3, 2021

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

By: */s/ Gregory Rosen*
GREGORY ROSEN
Assistant United States Attorney
VA Bar No. 82584
On Behalf of : ADAM ALEXANDER (awaiting DC-ECF approval)
ADAM ALEXANDER
AK Bar No. 1011057
Capitol Riot Detailee
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Telephone No. (907) 271-2309
Adam.Alexander@usdoj.gov