## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| v. | ) Case No. 21-CR-00184 (BAH) |
| | ) |
| JAMES MELS, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF CHANGE IN COUNSEL
## FROM THE OFFICE OF THE FEDERAL PUBLIC DEFENDER

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Elizabeth Mullin has assumed responsibility for the defense of James Mels in the above-captioned case. Mr. Mels' case had previously been assigned to attorney Cara Halverson.

Respectfully submitted,

/s/
ELIZABETH MULLIN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500