UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff;** | ) |
| | ) |
| | ) Case No. 21-CR-184 (BAH) |
| v. | ) |
| | ) |
| | ) |
| **JAMES ALLEN MELS,** | ) |
| | ) |
| **Defendant.** | ) |

**NOTICE OF ASSIGNMENT**

The above captioned case has been assigned to Assistant Federal Public Defender Ubong E. Akpan, as co-counsel. Please send copies of all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
UBONG E. AKPAN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.   20004
(202) 208-7500