# EXHIBIT 1

| # | Phone | From | To | Timestamp | Message | | |
|---|---|---|---|---|---|---|---|
| 36 | Phone | Wolf Silver * | | Timestamp: 12/22/2020 5:12:35 PM(UTC+0) | Direction: Incoming<br>Body: Like seal team 6 or what you thinking<br>Status: Read<br>Message Type: SMS<br>SMSC:<br>Folder: Inbox | | |
| 37 | Phone | Wolf Silver * | | Timestamp: 12/22/2020 5:14:20 PM(UTC+0) | Direction: Incoming<br>Body: Our we taking guns?<br>Status: Read<br>Message Type: SMS<br>SMSC:<br>Folder: Inbox | | |
| 38 | Phone | Wolf Silver * | | Timestamp: 12/22/2020 5:22:34 PM(UTC+0) | Direction: Incoming<br>Body: And of course, i will go and drive , if needed<br>Status: Read<br>Message Type: SMS<br>SMSC:<br>Folder: Inbox | | |
| 39 | Phone | | Wolf Silver * | Timestamp: 12/22/2020 5:40:32 PM(UTC+0) | Direction: Outgoing<br>Body: No guns. Just super patriots<br>Participants:<br>Participant   Delivered   Read   Played<br>Status: Sent<br>Message Type: SMS<br>Folder: Sent | | |
| 40 | Phone | | M ke Top Fuel* | Timestamp: 12/22/2020 10:34:09 PM(UTC+0) | Direction: Outgoing<br>Body: I am going to Washington DC January 6th<br>Participants:<br>Participant   Delivered   Read   Played<br>Mike Top Fuel<br>Status: Sent<br>Message Type: SMS<br>Folder: Sent | | |
| 41 | Phone | | M ke Top Fuel* | Timestamp: 12/22/2020 10:35:16 PM(UTC+0) | Direction: Outgoing<br>Body: With Michael from the patriot hour and woodman his sidekick. Im so excited<br>Participants:<br>Participant   Delivered   Read   Played<br>Mike Top Fuel<br>Status: Sent<br>Message Type: SMS<br>Folder: Sent | | |
| 42 | Phone | Woodsman * | | Timestamp: 12/22/2020 10:41:21 PM(UTC+0) | Direction: Incoming<br>Body: We will be there BROTHER<br>Status: Read<br>Message Type: SMS<br>Folder: Inbox | | |