# EXHIBIT 12

| Source | From | To | All timestamps | Content | | | Deleted |
|---|---|---|---|---|---|---|---|
| Phone | | Olivia * | Timestamp:<br>1/1/2021 11:42:50<br>AM(UTC+0) | Direction:<br>Outgoing<br>Body:<br>Im S M A R T.<br>YES I DO<br>Participants:<br><br>Participant    Delivered    Read    Played<br>Olivia<br><br>Status: Sent<br>Message Type:<br>SMS<br>Folder:<br>Sent | | | |

| 568 | Instant Messages | | | Cool see you then | Instant Messages | 9/28/2021 3:23:48 PM | 9/28/2021 3:23:48 PM | |

| Source | From | To | All timestamps | Content | | | Deleted |
|---|---|---|---|---|---|---|---|
| Phone | | Lupo Karen * | Timestamp:<br>1/1/2021 11:43:31<br>AM(UTC+0) | Direction:<br>Outgoing<br>Body:<br>Cool see you then<br>Participants:<br><br>Participant    Delivered    Read    Played<br>Lupo Karen<br><br>Status: Sent<br>Message Type:<br>SMS<br>Folder:<br>Sent | | | |

| 569 | Instant Messages | | | Im leaving in 4 daze to DC with m ke and woodman and silver wolf. | Instant Messages | 9/28/2021 3:23:53 PM | 9/28/2021 3:23:53 PM | |

| Source | From | To | All timestamps | Content | | | Deleted |
|---|---|---|---|---|---|---|---|
| Phone | | Grimes Robert * | Timestamp:<br>1/1/2021 11:45:01<br>AM(UTC+0) | Direction:<br>Outgoing<br>Body:<br>Im leaving in 4 daze to DC with mike and woodman and silver wolf.<br>Participants:<br><br>Participant    Delivered    Read    Played<br>Grimes Robert<br><br>Status: Sent<br>Message Type:<br>SMS<br>Folder:<br>Sent | | | |

| 570 | Instant Messages | | | I leave for DC in 4 daze | Instant Messages | 9/28/2021 3:24:03 PM | 9/28/2021 3:24:03 PM | |

| Source | From | To | All timestamps | Content | | | Deleted |
|---|---|---|---|---|---|---|---|
| Phone | | Delpozo John * | Timestamp:<br>1/1/2021 11:48:05<br>AM(UTC+0) | Direction:<br>Outgoing<br>Body:<br>I leave for DC in 4 daze<br>Participants:<br><br>Participant    Delivered    Read    Played<br>Delpozo John<br><br>Status: Sent<br>Message Type:<br>SMS<br>Folder:<br>Sent | | | |

| 571 | Instant Messages | | | What???<br>DC<br>what you going there for??? | Instant Messages | 9/28/2021 3:24:05 PM | 9/28/2021 3:24:05 PM | |

| Source | From | To | All timestamps | Content | | | Deleted |

| Source | From | To | All timestamps | Content | | | Deleted |
|---|---|---|---|---|---|---|---|
| Phone | | Delpozo John * | Timestamp:<br>1/1/2021 11:48:43<br>AM(UTC+0) | Direction:<br>Incoming<br>Body:<br>What???<br>DC<br>what you going there for???<br><br>Status: Read<br>Message Type:<br>SMS<br>SMSC:<br><br>Folder:<br>Inbox | | | |
| 572 | Instant Messages | | | Hangings? Execution? Gitmo?<br>We the people are getting our country back from these treasonous rat bastards<br> Corruption at the highest level. | Instant Messages | 9/28/2021<br>3:24:25 PM | 9/28/2021<br>3:24:25 PM | ▲ |

| Source | From | To | All timestamps | Content | Deleted |
|---|---|---|---|---|---|
| Phone | | Delpozo John * | Timestamp:<br>1/1/2021 11:52:41<br>AM(UTC+0) | Direction:<br>Outgoing<br>Body:<br>Hangings? Execution? Gitmo?<br>We the people are getting our country back from these treasonous rat bastards<br> Corruption at the highest level.<br><br>Participants:<br><br>Participant    Delivered    Read    Played<br>         Delpozo John<br><br>Status: Sent<br>Message Type:<br>SMS<br>Folder:<br>Sent | |
| 573 | Instant Messages | | | 1 million plus strong Im a veteran that still loves his country | Instant Messages | 9/28/2021<br>3:24:28 PM | 9/28/2021<br>3:24:28 PM | ▲ |

| Source | From | To | All timestamps | Content | Deleted |
|---|---|---|---|---|---|
| Phone | | Delpozo John * | Timestamp:<br>1/1/2021 11:53:35<br>AM(UTC+0) | Direction:<br>Outgoing<br>Body:<br>1 million plus strong Im a veteran that still loves his country<br><br>Participants:<br><br>Participant    Delivered    Read    Played<br>         Delpozo John<br><br>Status: Sent<br>Message Type:<br>SMS<br>Folder:<br>Sent | |
| 574 | Instant Messages | | | Oh ok<br>Ya I know others that are going too..<br>I kinda thought so...<br>Bat Shit Crazy Bullshit happening all around us | Instant Messages | 9/28/2021<br>3:24:32 PM | 9/28/2021<br>3:24:32 PM | ▲ |

| Source | From | To | All timestamps | Content | Deleted |
|---|---|---|---|---|---|
| Phone | Delpozo John * | | Timestamp:<br>1/1/2021 11:54:27<br>AM(UTC+0) | Direction:<br>Incoming<br>Body:<br>Oh ok<br>Ya I know others that are going too..<br>I kinda thought so...<br>Bat Shit Crazy Bullshit happening all around us<br><br>Status: Read<br>Message Type:<br>SMS<br>SMSC:<br><br>Folder:<br>Inbox | |
| 575 | Instant Messages | | | Yeah | Instant Messages | 9/28/2021<br>3:24:37 PM | 9/28/2021<br>3:24:37 PM | ▲ |

| Source | From | To | All timestamps | Content | Deleted |
|---|---|---|---|---|---|