# EXHIBIT 2: OBITUARY OF DAWN MELS

Immediate Need    Search Obituaries    Contact Us / Location    Select Language ▼



# Dawn Marie Mels (Green)

Sunday, June 16th, 1963 - Tuesday, September 13th, 2022

Recommend 78    Recommend 78    Wall    Photos & Videos
Recommend this to your friends.

Send Flowers(https://faulmann-walsh-golden-rule-funeral-home.tributestore.com/?oId=25887289)

*Guaranteed hand delivery by a local florist*

## Obituary

PRINT (OBIT.PHP?
&PRINTABLE=TRUE)

Dawn Marie Mels (nee Green), a resident of Shelby Township passed away peacefully on Tuesday, September 13, 2022. She was 59 years old.

Dawn was born on July 16, 1963, at Quonset Point Naval Air Station, Rhode Island to Ralph and Nancy (nee Smith) Green. She met and later married the love of her life James Mels, on April 1, 1995, at Mary Margaret Wedding Chapel in Fraser, Michigan. They made their first home in Roseville before settling in Shelby Township. Dawn worked for over twenty years as a housekeeper at nursing homes before working at RCO Engineering. As a loving and caring person, Dawn left her mark on countless people wherever she worked. Dawn especially cared deeply about her residents at the nursing homes she worked at. Outside of her work, Dawn was a devout Kid Rock fan, loved going on motorcycle rides, tending to her flower garden, spending time with family, friends and her dogs Dallas and Rudy, cooking, collecting Yankee candles, and caring for her home. No matter what was going on in her life, she always wanted to know how everyone else was doing. She was a truly courageous woman who would let nothing stop her, even into the final days of her life. Her smile and kindness will truly be missed by all who knew her, but memories of her will continue on in all who loved her.

Dawn is the loving wife of Jimmy Mels; beloved daughter of Nancy Green; caring sister of Donna Green, Larry (Maria) Lappin, Ed (Eva) Lappin, and Tom Lappin; cherished aunt of Eric (Patricia) Niemi, Ashley (John) Harens, Jerry Murphy Jr., Brett Messer, Carla Messer, and Noah Lappin; dear great-aunt of Carson and Matthew; daughter-in-law of Eleanor and Charles Mels; and sister-in-law of Michelle (John) Warby and Karen Armstrong. She is also survived by many cousins and friends. Dawn was preceded in death by her father Ralph Green.

Visitation will be held on Sunday, September 18, 2022, from 4-8pm, Monday, September 19, 2022 from 1-8pm with a Rosary service at 7pm at the Faulmann & Walsh Golden Rule Funeral Home, 32814 Utica Road, Fraser, Michigan 48026. A funeral service will be held on Tuesday, September 20, 2022, at 11am with additional visitation beginning at 10am at the funeral home. Interment at Great Lakes National Cemetery at a date and time to be announced.

Share memories with the family at faulmannwalsh.com

**Read Less**

To send flowers to the family or plant a tree in memory of Dawn Marie Mels (Green), please visit our **Heartfelt Sympathies Store (https://faulmann-walsh-golden-rule-funeral-home.tributestore.com/?oId=25887289)**.

## Service Details

PRINT (SERVICE-DETAILS.PHP? PRINTABLE=TRUE) 🖨

**Visitation** ⌄

**When**
Sunday, September 18th, 2022 4:00pm - 8:00pm

**Location**
Faulmann & Walsh Golden Rule Funeral Home

**Address**
32814 Utica Rd.
Fraser, MI 48026

**Get Directions:**   **View Map (https://www.google.com/maps/search/?api=1&query=32814 Utica Rd. Fraser MI 48026 UNITED STATES)**   |   **Text**   |   **Email**

Send Flowers (https://faulmann-walsh-golden-rule-funeral-home.tributestore.com/?oId=25887289)



*Please join us as we lay Dawn Marie Mels to rest*



*Wednesday, September 21st, 2022*
*1:00 PM*
*Great Lakes National Cemetery*
*4200 Belford Rd*
*Holly, MI 48442*

