# EXHIBIT 3: LETTER TO THE COURT BY JAMES MELS

August 31, 2022

Elizabeth Mullin

Assistant Federal Public Defender

625 Indiana Ave. NW Ste 550

Washington DC, 20004

(202) 208- 7500 Ext. 101

Dear Judge Howell,

    I want to apologize to the Court and the United State Government for going inside the Capital Building in DC, on January 6th, 2021. I knew the Capital was closed for business, yet I went inside anyways. At the time, I just wanted my voice to be heard. I know that your honor must get a lot of apologies and letters, and I hope mine stands out.

    I am James A. Mels, also go by Jimmy Mels. I am 58 years old, born and raised in Southeastern Michigan, where I still reside. I've been married to my beloved wife Dawn for 27 years. We have no children. I was raised by loving parents, who taught me to be honest and truthful in my daily life. I would give the shirt off my back to anyone in need. I've worked most of my life and served in the United State Army for 4 years. I believe and live by the United States Constitution, the Bill of Rights, and the Declaration of Independence. I swore an oath while in the service and still abide by it today.

    I found my talent in Metal Model Making and have worked in this field for 30 years. I am good at what I do and take great pride in my work. My boss has been very supportive of me and my work ethics. I don't have a lot of money; I am not a rich man; I pay my fair share of taxes. I'm just trying to keep up with the world to be an honest, God-fearing Citizen of our beloved United States of America.

    Your honor, I know you have read some angry messages I sent before January 6th, 2021. I have talked about these messages with my lawyer, and I realize that these messages do not reflect who Jimmy Mels is in anyway. I am a gentle, honest and caring person. I would not hurt a fly. This is not my nature. Back then, when we were hearing about all the fraud going on with the election of 2020, I was very angry. I am not a violent person; this is not who I am. I was sprouting off and I realize my messages sounded crazy. I have learned an important lesson about how my words can sound to other people and I will be more carful about how I express myself.

    At the end of the day, I love my family, I believe in God and would give up my life to protect our Country from any foreign or domestic bad actors. I am a Patriot. I have been talking a lot with my lawyer and my friends who have different viewpoints, and I realized no matter what my beliefs are, I have no right to break the law in anyway. My actions were opposite of Patriotism.

                                                                               Respectfully Submitted,

                                                                               Jimmy Mels- August 31, 2022