UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES MELS,<br><br>        Defendant. | Crim. Action No. 1:21-CR-184 (BAH) |

**MR. MELS'S RESPONSE TO MINUTE ORDER**

James Mels, through counsel, respectfully submits his response to the Court's Minute Order directing the defense to "provide his position whether the photo and video evidence submitted in advance of defendant's sentencing, as described in the government's 78 Notice of Filing of Exhibits, may be made publicly available without restriction." Minute Order, October 14, 2022.

Mr. Mels offers no objection and defers to the Court as to whether the photo and video evidence may be made publicly available without restriction.

        Respectfully Submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER


        _____/s/_____
        ELIZABETH MULLIN
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C.  20004
        (202) 208-7500